

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 08-cv-0683

Bereneice Seebold, a/k/a Bonnie Seebold,
                                                         Der-Yeghiayah
vs.

Globe Life and Accident Insurance.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, BERENEICE SEEBOLD, a/k/a BONNIE SEEBOLD        **FILED**

                                                         FEB 12 2008   FEB 12 2008  TG

                                                         MICHAEL W. DOBBINS
                                                         CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Melvin H. Hoffman |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Melvin Hoff |

| FIRM |
| --- |
| Melvin H. Hoffman, Attorney at Law |

| STREET ADDRESS |
| --- |
| 501 State Street |

| CITY/STATE/ZIP |
| --- |
| Ottawa, IL 61350 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 3122970 | (815) 433-4705 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |