DJA/cm                                                                                          5591-25392

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BERENEICE SEEBOLD, a/k/a      )
BONNIE SEEBOLD                )
                              )
    Plaintiff,                )
                              )
v.                            )    08 CV 683
                              )
GLOBE LIFE AND ACCIDENT       )
INSURANCE COMPANY,            )
                              )
    Defendant.                )

## INITIAL STATUS REPORT

NOW COME the parties, BERENEICE SEEBOLD a/k/a BONNIE SEEBOLD, by and through her attorney, MELVIN HOFFMAN and GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, by and through its attorneys, DOWD & DOWD, LTD., and hereby provide the following initial status report to the court based upon Judge Der-Yeghiayan's standing orders:

1. **Nature of claims and counterclaims:**

On February 6, 2006, Policy No. 14-P233064 was issued insuring the life of Dennis Seebold under an accidental death benefit plan of insurance with $220,000.00 of accidental death coverage. Thereafter, said death benefit increased in an amount of $25,000.00, for a total accidental death benefit coverage of $245,000.00, effective March 6, 2007. On June 16, 2007, Dennis Seebold was killed as a result of a vehicular accident in LaSalle County, Illinois.

2. **Relief sought by Plaintiff:**

Plaintiff is seeking payment of the $245,000.00 in accidental death benefit coverage, in addition to interest and payment of costs.

3. **Names of parties not served:**                          None.

4. **Principal legal issues:**

Were the toxic levels of medication in the decedent's body the cause of his vehicular accident? Did the Defendant unreasonably fail to pay the proceeds of an accidental death policy after subdmission of claim by Plaintiff?

5. **Principal factual issues:**

Had the decedent taken an excessive amount of prescribed mediation prior to his accident, and did he take that medication contrary to what was prescribed? Was it the cause of his death? Did the Defendant unreasonably fail to pay the proceeds of an accidental death policy after submission of claim by Plaintiff?

6. **List of pending motions and brief summary of bases for motions:**

None in Federal Court.

7. **Description of discovery requested and exchanged:**

Defendant has requested the names and contact information of the decedent's physicians who prescribed the medication that he had ingested prior to the accident at issue. Those requests have not yet been responded to. Plaintiff has requested identity of Defendant agents and employees who processed claim filed and refused payment for purpose of deposition.

8. **Type of discovery needed:**

Primarily medical discovery to ascertain the effect of a toxic amount of Hydrocodone and Sertraline, and discovery with regard to basis for failure to pay claim. Document and deposition.

9. **Proposed dates for: Rule 26(a)(1) disclosures, fact discovery completion, expert discovery completion (including dates for the delivery of expert reports), filing of dispositive motions, filing of a final pretrial order:**

   a.   Rule 26(a)(1) disclosures                    March 1, 2008

  b.  Fact discovery completion    May 1, 2008

  c.  Expert discovery completion   July 1, 2008

  d.  Filing of dispositive motions   August 1, 2008

  e.  Filing of final pretrial order    October 1, 2008

10. **Estimation of when the case will be ready for trial:** October, 2008

11. **Probable length of trial:**         2 days

12. **Whether a request has been made for a jury trial:** Yes.

13. **Whether there have been settlement discussions and, if so, the outcome of those discussions:**

On February 12, 2008, Defendant, Globe Life and Accident Insurance Company, offered to pay the face value of the insurance policy, $245,000.00, in exchange for a full and final release and dismissal of the Complaint, and offered to provide said monies within fourteen (14) days, on or before February 27, 2008. Plaintiff's counsel rejected the offer on February 18, 2008 and has orally requested payment of policy plus interest, fees and costs.

14. **Whether the parties consent to proceed before a Magistrate Judge:** Yes.

Respectfully Submitted,

/s/ Melvin H. Hoffman
Melvin H. Hoffman
501 State Street
Ottawa, IL 61350
(815) 433-4705
(815) 433-4913 Fax
*Attorney for Plaintiff,*
*Bereneice Seebold, a/k/a*
*Bonnie Seebold*

Respectfully Submitted,

s/ Daniel J. Arnett
Daniel J. Arnett
Dowd & Dowd, Ltd.
617 West Fulton
(312) 704-4400
(312) 704-4500 Fax
*Attorneys for Defendant,*
*Globe Life and Accident Ins. Co.*