DJA/cm                                                                                              5591-25392

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BERENEICE SEEBOLD, a/k/a ) | |
| BONNIE SEEBOLD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 08 CV 683 |
| ) | |
| GLOBE LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### JOINT JURISDICTIONAL STATUS REPORT

NOW COME the parties, BERENEICE SEEBOLD a/k/a BONNIE SEEBOLD, by and through her attorney, MELVIN HOFFMAN and GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, by and through its attorneys, DOWD & DOWD, LTD., and hereby provide the following initial status report to the court based upon Judge Der-Yeghiayan's standing orders:

1.  Subject Matter Jurisdiction

This court has Subject Matter Jurisdiction pursuant to diversity jurisdiction in that the plaintiff is a resident of the state of Illinois, while the defendant is incorporated in the state of Oklahoma and has its principal place of business in Oklahoma City, Oklahoma. Attached is a copy of plaintiff's Complaint at Law containing an Affidavit and Verification of Bereneice Seebold, the plaintiff; as well as a copy of the Globe Life and Accident Insurance Company's policy, based out of Globe Life Center, Oklahoma City, Oklahoma 73184. For further support of the principal place of business and incorporation of the defendant, attached is the Affidavit of the

defendant's attorney, Daniel J. Arnett. Both the Complaint and attached insurance policy, as well as the Affidavit of both Bereneice Seebold and Daniel J. Arnett, support the conclusion that plaintiff and defendant were citizens of different states at the time of the alleged incident of June 16, 2007. In addition, as the amount of the applicable insurance benefits is $245,000.00, it is in excess of the jurisdictional requirements.

II.  <u>Venue (Plaintiff's Position)</u>

Respectfully Submitted,

/s/ Melvin H. Hoffman
Melvin H. Hoffman
501 State Street
Ottawa, IL 61350
(815) 433-4705
(815) 433-4913 Fax
*Attorney for Plaintiff,
Bereneice Seebold a/k/a
Bonnie Seebold*

Respectfully Submitted,

s/ Daniel J. Arnett
Daniel J. Arnett
Dowd & Dowd, Ltd.
617 West Fulton
Chicago, IL 60661
(312) 704-4400
(312) 704-4500 Fax
*Attorneys for Defendant,
Globe Life and Accident Ins. Co.*