IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT

LASALLE COUNTY, ILLINOIS

| | | |
|---|---|---|
| BERENEICE SEEBOLD, a/k/a BONNIE SEEBOLD, | ) ) ) | |
| Plaintiff, | ) ) | NO. 07-L-192 |
| vs. | ) ) ) | |
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

FILED DEC 2 0 2007 LASALLE COUNTY CIRCUIT CLERK THIRTEENTH JUDICIAL CIRCUIT OF ILLINOIS

## COMPLAINT AT LAW

### PLAINTIFF DEMANDS TRIAL BY JURY

Now comes the Plaintiff, BERENEICE SEEBOLD, a/k/a BONNIE SEEBOLD, by and through her attorney, **Melvin H. Hoffman**, and for her Complaint against the Defendant, GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, a corporation, states and alleges as follows:

1. At all times alleged herein, the Plaintiff, BERENEICE SEEBOLD, was an adult, under no legal disability and resided at 2819 East 2559th Road in Marseilles, LaSalle County, Illinois.

2. Prior to June 16, 2007, the said Plaintiff and her husband, Dennis Seebold, did apply for accidental death benefit insurance coverage to the Defendant, and on February 6, 2006, Policy No. 14-P233064 was issued insuring the life of Dennis Seebold under said accidental death benefit plan of insurance with $220,000.00 of accidental death coverage.

3. Thereafter, said death benefit increased in an amount of $25,000.00, for a total accidental death benefit coverage of $245,000.00, effective March 6, 2007.

4. At all times alleged herein, all premiums were paid and the said policy of insurance was in full force and effect.

5. Attached hereto and made a part hereof as Exhibit "A" is the Certificate of coverage issued by the Defendant, GLOBE LIFE AND ACCIDENT INSURANCE COMPANY in evidence of said coverage.

-1-

6. On June 16, 2007, Dennis Seebold was killed as a result of a vehicular accident in LaSalle County, Illinois.

7. The said occurrence in which Dennis Seebold was killed resulted from accidental bodily injury caused by an accident occurring while the said insurance coverage was in full force, and the said Dennis Seebold did pass away on the date of said accident and within 90 days after said accident.

8. The Plaintiff herein, BERENEICE SEEBOLD, a/k/a BONNIE SEEBOLD, was, at the time of the death of the said Dennis Seebold, the beneficiary of said insurance policy issued by the Defendant.

9. Prompt claim and proof of accidental death was provided to the Defendant insurance carrier by the Plaintiff, BERENEICE SEEBOLD, and, in conjunction therewith, the Plaintiff did submit certain specific documents requested by the Defendant insurance company as set forth on Exhibit "B" attached hereto on October 4, 2007.

10. Despite the submission of said claim and all documentation requested from the said insurance company, no response was thereafter received from the Defendant insurance company.

11. On November 16, 2007, the Plaintiff, through her counsel, did direct additional correspondence to the Defendant, GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, requesting payment of the insurance proceeds in conformity with the provisions of the insurance certificate and policy in the amount of $245,000.00. A copy of said correspondence is attached hereto and made a part hereof as Exhibit "C." Further, the Plaintiff stated that she would cooperate and immediately provide such additional information as the Defendant requested for the purpose of making certain that said matter was handled expeditiously and that payment was made in the amount as set forth in said insurance contract.

12. Despite the submission of the said claim and all documentation requested by the Defendant establishing that the death of the insured, Dennis Seebold, was the result of accidental injury, the Defendant has refused to respond to either the Plaintiff or her attorney, acting as her agent, and has further refused to make payment of the accidental death benefit as set forth in said Certificate of insurance and contract.

13. The conduct of the Defendant insurance company and its unreasonable delay in settling

the claim as alleged herein was and continues to be vexatious and unreasonable, and by reason thereof, additional damages should be assessed as taxable costs in accordance with Section 155 of the Insurance Code, to wit: 215 ILCS 5/155, including attorney's fees, court costs and an amount not to exceed sixty percent (60%) of the amount which the Court or Jury finds such party is entitled to recover against the company, exclusive of all costs; or, $60,000.00; or the excess of the amount which the Court or Jury finds such party is entitled to recover, exclusive of costs, over the amount, if any, which the company offered to pay in settlement of the claim prior to the action.

14. Further, by reason of the breach of contract by the said Defendant insurance company, the said Defendant should be required to pay interest on the policy proceeds from the date of death of said Dennis Seebold, or the submission of the said claim with proof of said damages, as this Court may deem just, equitable and appropriate in the circumstances.

WHEREFORE, the Plaintiff, BERENEICE SEEBOLD, a/k/a BONNIE SEEBOLD, hereby requests that this Court enter Judgment in favor of the Plaintiff and against the Defendant in the sum of $245,000.00, in addition to such statutory damages, attorney's fees, costs, and interest as this Court may deem just and appropriate in the circumstances, and for such other and further relief as this Court may deem proper in the exercise of its law and equity jurisdiction.

BERENEICE SEEBOLD, a/k/a BONNIE SEEBOLD, Plaintiff

BY: _____
Attorney for Plaintiff

### AFFIDAVIT AND VERIFICATION

STATE OF ILLINOIS )
) SS.
COUNTY OF LASALLE )

The undersigned, BERENEICE SEEBOLD, a/k/a BONNIE SEEBOLD, states that I am an

-3-

adult, under no legal disability and that I could competently testify to each of the facts as set forth hereinabove and that each of said facts are true.

*[signature]*
BERENEICE SEEBOLD, a/k/a BONNIE SEEBOLD, Plaintiff

SUBSCRIBED AND SWORN TO
before me this 19th day of December, 2007.

*[signature]*
NOTARY PUBLIC

"OFFICIAL SEAL"
KAREN K. DONNELLY
Notary Public, State of Illinois
My Commission Expires 10/14/09

Melvin H. Hoffman, #03122970
Attorney at Law
501 State Street
Ottawa, Illinois 61350
Phone: (815) 433-4705
Fax:    (815) 433-4913

-4-

# MELVIN H. HOFFMAN

Attorney and Counselor at Law

501 State Street
Ottawa, Illinois 61350

Karen K. Donnelly
Legal Secretary
(815) 433-4705
FAX (815) 433-4913

October 4, 2007

A.S. Pederson, Life Benefits Division
Globe Life
Globe Life Center
Oklahoma City, OK 73184

RE:     *Insured:*     *Dennis Seebold*
        *Your Policy:*     *14-P233064*
        *DOD:*     *06/16/2007*
        *Beneficiary:*     *Bererneice Seebold*

Dear Ms./Mr. Pederson:

Enclosed herewith please find the following documents relative to the above matter:

1. Claimant's Statement which has been completed and signed by our client/beneficiary, Bereneice Seebold;
2. Coroner's Certificate of Death (certified) on the life of Dennis Seebold;
3. Authorization for Release of Protected Health Information;
4. Copy of obituary of Dennis R. Seebold from *The Times* of Ottawa, Illinois;
5. Copy of article from *The Times* relating to the accident involving Mr. Seebold;
6. Statement of Physician completed by the primary physician of Dennis Seebold;
7. Copy of autopsy and lab report;
8. Copy of accident reconstruction/police report.

Should you require any additional documentation or information, please do not hesitate to contact the undersigned.

Very truly yours,

**MELVIN H. HOFFMAN**

MHH:kkd
Enc.



# MELVIN H. HOFFMAN

### Attorney and Counselor at Law

501 State Street
Ottawa, Illinois 61350

Karen K. Donnelly
Legal Secretary
(815) 433-4705
FAX (815) 433-4913

November 16, 2007

Globe Life and Accident Insurance Company
Globe Life Center
Oklahoma City, OK 73184

> RE: **Bereneice (Bonnie) Seebold, Beneficiary**
> **Policy Insured: Dennis Seebold (now deceased)**
> **Certificate No.: 14-P233064**
> **Insurance Accidental Death Benefit: $245,000.00**

Gentlemen/Ladies:

    Please be advised that we represent Bereneice (Bonnie) Seebold, who resides at 2819 East 2559th Road in Marseilles, Illinois. As you are aware, the husband of Mrs. Seebold, Dennis Seebold, was killed in a vehicular accident on June 16, 2007. A claim was promptly filed thereafter on behalf of the designated beneficiary and our client, Bereneice Seebold.

    I am personally familiar with the facts of the accident which resulted in the death of Mr. Seebold. I also attended the inquest, which specifically found that he died as a result of injuries received at the time of that occurrence. There is no evidence or factual basis whatsoever to indicate that Mr. Seebold passed away as a result of any of the causes of death set forth in the exclusions.

    All documentary evidence has been provided by my client.

    As of this date, no additional information whatsoever has been requested from Ms. Seebold. If any additional written proof of accidental death is necessary under the terms of your policy other than that already provided, please advise immediately and direct correspondence to the undersigned as counsel for Ms. Seebold.

    If this claim is not resolved and payment is made to my client within the next 14 days, we will have no alternative other than to file a Complaint and seek appropriate compensatory and statutory punitive damages.

    Your refusal to pay this claim in accordance with the policy provisions has caused extreme

Globe Life and Accident Insurance Company
November 16, 2007
Page 2

distress to my client. You and I both know there is no justification whatsoever for this continued delay, and it will not be tolerated.

Very truly yours,

**MELVIN H. HOFFMAN**

MHH:kkd

# GLOBE LIFE AND ACCIDENT INSURANCE COMPANY
### GLOBE LIFE CENTER • OKLAHOMA CITY • OKLAHOMA 73184

## ACCIDENTAL DEATH INSURANCE CERTIFICATE

Globe Life And Accident Insurance Company certifies that it has issued the Group Policy GLGRFP, and that the person named in the certificate is insured, subject to the terms and conditions of the group policy.

### 30 DAY RIGHT TO EXAMINE CERTIFICATE

If the Certificate Holder does not want this coverage, the certificate may be returned within 30 days after receiving it. We will then refund all premiums paid and the certificate will never have been in effect.

### ACCIDENTAL DEATH BENEFIT

Upon receipt of due proof of the Accidental Death of the Insured while coverage on such Insured is in force, We will pay the Accidental Death Benefit shown in the Certificate Schedule.

---

### CERTIFICATE SCHEDULE

| | |
|---|---|
| CERTIFICATE NUMBER | 14-P233064 |
| INSURED | Dennis Seebold |
| ISSUE AGE | 63 |
| HOLDER | GLOBE FAMILY SERVICES TRUST |
| CERTIFICATE EFFECTIVE DATE | FEBRUARY 6, 2006 |

### ACCIDENTAL DEATH BENEFIT

| | |
|---|---|
| FEBRUARY 6, 2006 TO FEBRUARY 5, 2013 | $220,000 |
| FEBRUARY 6, 2013 FORWARD (AFTER AGE 70 ANNIVERSARY DATE) | $110,000 |

---

### PREMIUMS

| PREMIUM PERIOD | MONTHLY | QUARTERLY | SEMI-ANNUAL | ANNUAL |
|---|---|---|---|---|
| PREMIUM AMOUNT | 26.40 | 77.80 | 152.60 | 293.48 |

GLGRFC       Page 1       GLGRFC001

## DEFINITIONS

**ACCIDENT:** A fortuitous event, unforeseen and unintended.

**ACCIDENTAL BODILY INJURY:** Unexpected traumatic damage to the Insured's body, of external origin.

**ACCIDENTAL DEATH:** Death due to Accidental Bodily Injury caused by an Accident occurring while the insurance is in force; the death must occur within 90 days after the date of the Accident, directly and independently of all other causes.

**AGE:** The age last birthday of the Insured.

**BENEFICIARY:** A person or entity named on a form and in a manner approved by Us, to receive insurance benefits.

**CERTIFICATE ANNIVERSARY:** Shall be determined from the Certificate Effective Date.

**EVIDENCE OF INSURABILITY:** Satisfactory proof, as determined by Us, that a person is acceptable for insurance.

**INSURED:** An eligible person who is named in the Certificate Schedule.

**HOLDER:** The legal entity named as the Holder on the cover page of the group policy.

**WE, OUR, US, or COMPANY:** Globe Life And Accident Insurance Company at Our Administrative Office in Oklahoma City, Oklahoma.

**YOU, YOUR, or YOURS:** The person to whom this certificate is issued (Also referred to as the Certificate Holder).

## EXCLUSIONS

This certificate does not cover death caused by:

1. Disease, sickness, bodily or mental infirmity, or medical or surgical treatment of same;
2. Suicide or intentionally self-inflicted bodily injury while sane or insane (reference to insane not applicable in Missouri);
3. Being under the influence of any drug, narcotic, poison or gas unless taken on the advice of a physician;
4. Service in the military, naval or air services of any country;
5. Participation in any speed contest;
6. Insured's intoxication (blood alcohol level of .10 percent weight by volume or higher);
7. Air travel as a pilot, student pilot or crew member;
8. Committing or attempting to commit an assault or felony;
9. Taking part in a riot, insurrection or terrorist act; or
10. Skydiving, hang gliding or hot air ballooning.

## CERTIFICATE HOLDER AND BENEFICIARY PROVISIONS

**CERTIFICATE HOLDER:** Unless provided otherwise:
  a. The person who completes the enrollment form applying for insurance coverage on an Insured is the Certificate Holder. The Certificate Holder has the right to receive every benefit and exercise every right regarding the insurance under his or her certificate.
  b. If the Certificate Holder dies, all rights will be vested in the Insured.

**BENEFICIARY:** The Beneficiary shall be as designated on the enrollment form to receive the Accidental Death Benefits payable. If there is no Beneficiary living or named, Accidental Death Benefits will be payable to the Certificate Holder, if living; otherwise, to the Certificate Holder's estate. Any payment made by Us in good faith will fully discharge Us to the extent of such payment.

**CHANGE OF BENEFICIARY:** Unless You provide otherwise in writing to Us, You may change the Beneficiary during the lifetime of the Insured. Changes must be made by written request filed with Us. The change will take effect on the date the request was received, but it will not apply to any payment made by Us before We accept the request in writing. We will have no liability for any action taken by Us before that acceptance.

**TERMINATION OF COVERAGE:** The coverage of any Insured shall terminate at the end of the period following any premium due date for which the required premium is not paid, subject to the grace period. Premium paid for any period after the date coverage terminates under this certificate will keep this certificate in force and will be refunded only if accepted by Us under the Reinstatement Provision in this certificate.

GL.GRFC          Page 2          GLGRFC002

## PREMIUMS AND REINSTATEMENT

**PAYMENT:** Each premium is payable in advance at Our Administrative Office.

**FREQUENCY:** The first premium for each Insured is due on the Certificate Effective Date. Thereafter, each premium is due at the end of the period for which the preceding premium was paid.

**DEFAULT:** If a premium remains unpaid at the end of the grace period, the Insured's insurance will terminate.

**GRACE PERIOD:** A grace period of 31 days will be allowed each Insured for the payment of each premium after the first, during which period his or her insurance shall continue in force.

**REINSTATEMENT:** Coverage may be reinstated at any time within one year after default in premium payment if:

    a. The Insured provides evidence of insurability satisfactory to Us; and
    b. All overdue premiums are paid.

## GENERAL PROVISIONS

**PAYMENTS BY THE COMPANY:** Payments by the Company are payable from our Administrative Office.

**NOTICE OF CLAIM:** Written notice of claim must be given within 20 days after Accidental Death or as soon as reasonably possible. Written notice can be given to Us at Our Administrative Office in Oklahoma City, Oklahoma. Notice should include Your name and Your Certificate Number.

**CLAIM FORMS:** When We receive the notice of claim, We will send You forms for filing proof of Accidental Death. If these forms are not given to You within 15 days, You will meet proof of Accidental Death requirements by giving Us a written statement of the nature and extent of the Accidental Death within the time limit stated in the Proof of Death provision.

**PROOF OF DEATH:** Written proof of Accidental Death must be given within 180 days after the Accidental Death of the Insured. If it was not reasonably possible to give written proof in the time required, We may not deny the claim for this reason if the proof is filed as soon as reasonably possible. In any event, the proof required must be given no later than one year from the time specified unless the claimant was legally incapable of doing so.

**TIME OF PAYMENT OF CLAIMS:** After receiving written proof of Accidental Death, We will pay all benefits then due for such death.

**AUTOPSY:** We may ask for an autopsy unless prohibited by law. We will pay for the autopsy.

**ENTIRE CONTRACT; CHANGES:** This certificate, with the group policy, enrollment form and attached papers, if any, is the entire contract between You and Us. No change in this certificate will be effective until approved by Us. This approval must be noted on or attached to this certificate.

**MISSTATEMENT OF AGE:** If there is a misstatement of age, We will adjust the benefit to reflect the correct age of the Insured.

**TIME LIMIT ON CERTAIN DEFENSES:** After two years from the Certificate Effective Date, only fraudulent misstatements and non-payment of premiums may be used to void this certificate or deny any claim for Accidental Death incurred after the 2 year period.

**LEGAL ACTION:** You cannot sue Us for benefits under the group policy sooner than 60 days after We have been provided with written proof of Accidental Death as required. No such action may be brought after 3 years from the time written proof of Accidental Death is required.

**CONFORMITY WITH STATE STATUTES:** Any provision of this certificate, which, on the Certificate Effective Date is in conflict with the laws of the state in which You reside on that date is amended to conform to the minimum requirements of such laws.

**NONPARTICIPATING:** The group policy is nonparticipating and does not share in the profits or surplus of the Company.

**NO EFFECT ON WORKER'S COMPENSATION:** The group policy does not alter any requirement for coverage by Worker's Compensation Insurance.

**ENROLLMENT FOR GROUP ACCIDENTAL DEATH BENEFIT INSURANCE**
**UNDERWRITTEN BY GLOBE LIFE AND ACCIDENT INSURANCE COMPANY • OKLAHOMA CITY, OKLAHOMA**

I) I take coverage in the amount of
[X] $220,000
[X] Individual Plan          [ ] Family Plan (Check One)

Name: Dennis Seebold

Address: 2819 E 2559th Rd

City: Marseilles          State: IL     Zip: 61341

Date of Birth: 09/28/42     Male [X]   Female [ ]

Phone Number: (815) 795-4471

Name of Beneficiary: Berenice Seebold

Relationship: Wife

Please enroll the person named above for Accidental Death Coverage. I understand the coverage will become effective on the date stated in the Schedule of Benefits on my Certificate. Should the enrollment form be declined, no charges will be incurred.

I also understand that the benefits will decrease by 50% on the Certificate Anniversary following the Primary Insured's 70th birthday with no change in premium.

Signed: [signature]          Date: 01/25/06
Applicant-Owner Signature

G460



# ILLINOIS
# LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION LAW

Residents of Illinois who purchase health insurance, life insurance, and annuities should know that the insurance companies licensed in Illinois to write these types of insurance are members of the Illinois Life and Health Insurance Guaranty Association. The purpose of this Guaranty Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the covered claims of policyholders that live in Illinois, and their payees, beneficiaries and assignees, and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however, as noted below.

## ILLINOIS LIFE AND
## HEALTH INSURANCE GUARANTY ASSOCIATION

### DISCLAIMER

The Illinois Life and Health Insurance Guaranty Association provides coverage of claims under some types of policies if the insurer becomes impaired or insolvent. COVERAGE MAY NOT BE AVAILABLE FOR YOUR POLICY. Even if coverage is provided, there are substantial limitations and exclusions. Coverage is generally conditioned on continued residence in Illinois. Other conditions may also preclude coverage.

You should not rely on availability of coverage under the Life and Health Insurance Guaranty Association Law when selecting an insurer. Your insurer and agent are prohibited by law from using the existence of the Association or its coverage to sell you an insurance policy.

The Illinois Life and Health Insurance Guaranty Association or the Illinois Department of Insurance will respond to any questions you may have which are not answered by this document. Policyholders with additional questions may contact:

Illinois Life and Health Insurance Guaranty Association
8420 West Bryn Mawr Avenue, Suite 550
Chicago, Illinois 60631
(773) 714-8050

Illinois Department of Insurance
320 West Washington Street
4th Floor
Springfield, Illinois 62767-0001
(217) 782-4515

GN122A

(please turn to back of page)

## Summary of General Purposes And Current Limitations of Coverage

The Illinois law that provides for this safety net coverage is called the Illinois Life and Health Insurance Guaranty Association Law ("Law") 215 ILCS 5/531.01 et seq.) The following contains a brief summary of the Law's coverages, exclusions, and limits. This summary does not cover all provisions, nor does it in any way change anyone's rights or obligations under the Law or the rights or obligations of the Guaranty Association. If you have obtained this document from an agent in connection with the purchase of a policy, you should be aware that its delivery to you does not guarantee that your policy is covered by the Guaranty Association.

**a) Coverage**

The Illinois Life and Health Insurance Guaranty Association provides coverage to policyholders that reside in Illinois for insurance issued by members of the Guaranty Association, including:

1) life insurance, health insurance, and annuity contracts;
2) life, health or annuity certificates under direct group policies or contracts;
3) unallocated annuity contracts; and
4) contracts to furnish health care services and subscription certificates for medical or health care services issued by certain licensed entities. The beneficiaries, payees, or assignees of such persons are also protected even if they live in another state.

**b) Exclusions from Coverage**

1) The Guaranty Association does not provide coverage for:
   A) any policy or portion of a policy for which the individual has assumed the risk;
   B) any policy of reinsurance (unless an assumption certificate was issued);
   C) interest rate guarantees which exceed certain statutory limitations;
   D) certain unallocated annuity contracts issued to an employee benefit plan protected under the Pension Benefit Guaranty Corporation and any portion of a contract which is not issued to or in connection with a specific employee, union or association of natural persons benefit plan or a government lottery;
   E) any portion of a variable life insurance or variable annuity contract not guaranteed by an insurer; or
   F) any stop loss insurance.

2) In addition, persons are not protected by the Guaranty Association if:
   A) the Illinois Director of Insurance determines that, in the case of an insurer which is not domiciled in Illinois, the insurer's home state provides substantially similar protection to Illinois residents which will be provided in a timely manner; or
   B) their policy was issued by an organization which is not a member insurer of the Association.

**c) Limits on Amount of Coverage**

1) The Law also limits the amount the Illinois Life and Health Insurance Guaranty Association is obligated to pay. The Guaranty Association's liability is limited to the lesser of:
   A) the contractual obligations for which the insurer is liable or would have been liable if it were not an impaired or insolvent insurer; or
   B) with respect to any one life, regardless of the number of policies or contracts:
      i) in the case of life insurance, $300,000 in death benefits but not more than $100,000 in net cash surrender or withdrawal values;
      ii) in the case of health insurance, $300,000 in health insurance benefits, including net cash surrender or withdrawal values; and
      iii) with respect to annuities, $100,000 in the present value of annuity benefits, including net cash surrender or withdrawal values, and $100,000 in the present value of annuity benefits for individuals participating in certain government retirement plans covered by an unallocated annuity contract. The limit for coverage of unallocated annuity contracts other than those issued to certain governmental retirement plans is $5,000,000 in benefits per contract holder regardless of the number of contracts.

2) However, in no event is the Guaranty Association liable for more than $300,000 with respect to any one individual.

GN122B

Amended Date: MARCH 3, 2007

# GLOBE LIFE AND ACCIDENT INSURANCE COMPANY

GLOBE LIFE CENTER • OKLAHOMA CITY, OKLAHOMA 73184

## ACCIDENTAL DEATH INSURANCE CERTIFICATE

Globe Life And Accident Insurance Company certifies that it has issued the Group Policy GLGRFP, and that the person named in the certificate is insured, subject to the terms and conditions of the group policy.

### 30 DAY RIGHT TO EXAMINE CERTIFICATE

If the Certificate Holder does not want this coverage, the certificate may be returned within 30 days after receiving it. We will then refund all premiums paid and the certificate will never have been in effect.

### ACCIDENTAL DEATH BENEFIT

Upon receipt of due proof of the Accidental Death of the Insured while coverage on such Insured is in force, We will pay the Accidental Death Benefit shown in the Certificate Schedule.

---

### CERTIFICATE SCHEDULE

REPLACES ALL PRIOR CERTIFICATE SCHEDULES FOR CERTIFICATE NUMBER SHOWN BELOW

| | |
|---|---|
| CERTIFICATE NUMBER: | 14-P233064 |
| INSURED: | DENNIS SEEBOLD |
| ISSUE AGE: | 63 |
| HOLDER: | GLOBE FAMILY SERVICES TRUST |
| CERTIFICATE EFFECTIVE DATE: | MARCH 6, 2007 |

### ACCIDENTAL DEATH BENEFIT

| | |
|---|---|
| ORIGINAL PLUS PREVIOUS ADDITIONS: | $220,000 |
| MARCH 6, 2007 TO FEBRUARY 6, 2013: | $245,000 |
| FEBRUARY 6, 2013 FORWARD (AFTER AGE 70 ANNIVERSARY DATE): | $122,500 |

---

### PREMIUMS

| PREMIUM PERIOD | MONTHLY | QUARTERLY | SEMI-ANNUAL | ANNUAL |
|---|---|---|---|---|
| PREMIUM AMOUNT | 29.40 | 86.60 | 170.00 | 326.83 |

GLGRFC

GLGRFC001

## DEFINITIONS

**ACCIDENT:** A fortuitous event, unforeseen and unintended.

**ACCIDENTAL BODILY INJURY:** Unexpected traumatic damage to the Insured's body, of external origin.

**ACCIDENTAL DEATH:** Death due to Accidental Bodily Injury caused by an Accident occurring while the insurance is in force; the death must occur within 90 days after the date of the Accident, directly and independently of all other causes.

**AGE:** The age last birthday of the Insured.

**BENEFICIARY:** A person or entity named, on a form and in a manner approved by Us, to receive insurance benefits.

**CERTIFICATE ANNIVERSARY:** Shall be determined from the Certificate Effective Date.

**EVIDENCE OF INSURABILITY:** Satisfactory proof, as determined by Us, that a person is acceptable for insurance.

**INSURED:** An eligible person who is named in the Certificate Schedule.

**HOLDER:** The legal entity named as the Holder on the cover page of the group policy.

**WE, OUR, US, or COMPANY:** Globe Life And Accident Insurance Company at Our Administrative Office in Oklahoma City, Oklahoma.

**YOU, YOUR, or YOURS:** The person to whom this certificate is issued (Also referred to as the Certificate Holder.)

## EXCLUSIONS

This certificate does not cover death caused by:
1. Disease, sickness, bodily or mental infirmity, or medical or surgical treatment of same;
2. Suicide or intentionally self-inflicted bodily injury, while sane or insane (reference to insane not applicable in Missouri);
3. Being under the influence of any drug, narcotic, poison or gas unless taken on the advice of a physician;
4. Service in the military, naval or air services of any country;
5. Participation in any speed contest;
6. Insured's intoxication (blood alcohol level of .10 percent weight by volume or higher);
7. Air travel as a pilot, student pilot or crew member;
8. Committing or attempting to commit an assault or felony;
9. Taking part in a riot, insurrection or terrorist act; or
10. Skydiving, hang gliding or hot air ballooning.

## CERTIFICATE HOLDER AND BENEFICIARY PROVISIONS

**CERTIFICATE HOLDER:** Unless provided otherwise:
   a. The person who completes the enrollment form applying for insurance coverage on an Insured is the Certificate Holder. The Certificate Holder has the right to receive every benefit and exercise every right regarding the insurance under his or her certificate.
   b. If the Certificate Holder dies, all rights will be vested in the Insured.

**BENEFICIARY:** The Beneficiary shall be as designated on the enrollment form to receive any Accidental Death Benefits payable. If there is no Beneficiary living or named, Accidental Death Benefits will be payable to the Certificate Holder, if living; otherwise to the Certificate Holder's estate. Any payment made by Us in good faith will fully discharge Us to the extent of such payment.

**CHANGE OF BENEFICIARY:** Unless You provide otherwise in writing to Us, You may change the Beneficiary during the lifetime of the Insured. Changes must be made by written request filed with Us. The change will take effect on the date the request was received, but it will not apply to payments made by Us before We accept the request in writing. We will have no liability for any action taken by Us before that acceptance.

**TERMINATION OF COVERAGE:** The coverage of any Insured shall terminate at the end of the Grace Period following any premium due date for which the Insured's required premium has not been paid. Any premium paid for any period after the date coverage terminates will not continue the Insured's coverage in force and will be returned, unless accepted by Us under the Reinstatement provision in the certificate.

DJA/cm                                                                                                    5591-25392

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BERENEICE SEEBOLD, a/k/a ) | |
| BONNIE SEEBOLD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 08 CV 683 |
| ) | |
| GLOBE LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT

I, Daniel J. Arnett, counsel for Globe Life and Accident Insurance Company, being duly sworn upon oath, state that I am over 18 years of age and competent to testify in this matter and if called to so, would testify as follows:

1. Globe Life and Accident Insurance Company has its principal place of business in Oklahoma City and is incorporated in Oklahoma City, Oklahoma.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Daniel J. Arnett
Dowd & Dowd, Ltd.
617 West Fulton
Chicago, IL 60661
(312) 704-4400

Subscribed and Sworn to
before me this 20th day of February, 2008.

_____
Notary Public

OFFICIAL SEAL
CONNIE VAUGHN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3-18-2010