UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Bereneice Seebold
                                                Plaintiff,
v.                                              Case No.: 1:08−cv−00683
                                                Honorable Samuel Der−Yeghiayan

Globe Life and Accident Insurance Company
                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 28, 2008:

MINUTE entry before Judge Samuel Der−Yeghiayan :Status hearing held and continued to 04/02/08 at 9:00 a.m. Counsel for Plaintiff failed to appear on the Court's noticed status hearing. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.