# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Bereneice Seebold

                               Plaintiff,

v.

Globe Life and Accident Insurance Company

                               Defendant.

Case No.:
1:08−cv−00683

Honorable Samuel
Der−Yeghiayan

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 04/23/08 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.