**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Bereneice Seebold

                              Plaintiff,

v.                                                                     Case No.:
                                                                    1:08−cv−00683
                                                                      Honorable Samuel
                                                                      Der−Yeghiayan

Globe Life and Accident Insurance Company

                                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 11, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: On the Court's own motion status hearing reset to 04/24/08 at 9:00 a.m. Status hearing set for 04/23/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.