DJA/cm  5591-25392

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BERENEICE SEEBOLD, a/k/a BONNIE SEEBOLD | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 08 CV 683 |
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

### STIPULATION TO DISMISS

NOW COME the parties, Plaintiff, BERENEICE SEEBOLD a/k/a BONNIE SEEBOLD, by her counsel MELVIN H. HOFFMAN and the Defendant, GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, by its counsel, DANIEL J. ARNETT, and stipulate to dismissal of the complaint with prejudice, with each party to bear their own costs.

The parties, by their respective counsel, hereby request that this Honorable Court adopt said Stipulation and dismiss the complaint with prejudice, each party to bear its own costs, as all matters in controversy having been settled.

SO STIPULATED:

_/s/ Melvin H. Hoffman_____
Melvin H. Hoffman
501 State Street
Ottawa, IL 61350
*Attorneys for Plaintiff,*
*Bereneice Seebold a/k/a*
*Bonnie Seebold*

s/ Daniel J. Arnett_____
Daniel J. Arnett
Dowd & Dowd, Ltd.
617 West Fulton
Chicago, IL 60661
*Attorneys for Defendant,*
*Globe Life and Accident Insurance Company*