## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 683 | **DATE** | 4/24/2008 |
| **CASE TITLE** | Seebold vs. Globe Life Insurance | | |

**DOCKET ENTRY TEXT**

The parties having stipulated to the agreed dismissal of this action pursuant to settlement, this case is hereby dismissed with prejudice, each party to bear its own costs and fees. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|